```
 1
 2
 3
 4
 5
 6
 7
 8                     UNITED STATES DISTRICT COURT
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  ESTATE OF RICHARD AND
    FLORA NAHIGAN, et al.,
12
                     Plaintiffs,
13
              v.                      CIV. NO. S-05-399 LKK/PAN
14
    MERCK & CO., INC., a
15  corporation; and McKESSON
    CORPORATION, a corporation,
16
                     Defendants.
17  _____/
    HELEN ARONIS,
18
                     Plaintiff,
19
              v.                      CIV. NO. S-05-486 WBS/DAD
20
    MERCK & CO., INC., a
21  corporation; and McKESSON
    CORPORATION, a corporation,
22
                     Defendants.
23  _____/
24  ////
25  ////
26  ////
```

```
 1  EVELYN MAYO,
 2                   Plaintiff,
 3          v.                              CIV. NO. S-05-580 GEB/KJM
 4  MERCK & CO., INC., a
    corporation; and McKESSON
 5  CORPORATION, a corporation,
 6                   Defendants.
                                         /
 7  ALLEN HURLBURT,
 8                   Plaintiff,
 9          v.                              CIV. NO. S-05-606 MCE/KJM
10  MERCK & CO., INC., a
    corporation; and McKESSON
11  CORPORATION, a corporation,
12                   Defendants.
                                         /
13  LEONARD LAGDEN,
14                   Plaintiff,
15          v.                              CIV. NO. S-05-656 DFL/PAN
16  MERCK & CO., INC., a
    corporation; and McKESSON
17  CORPORATION, a corporation,
18                   Defendants.
                                         /
19  LARRY GRAHAM,
20                   Plaintiff,
21          v.                              CIV. NO. S-05-660 MCE/PAN
22  MERCK & CO., INC., a
    corporation; and McKESSON
23  CORPORATION, a corporation,            NON-RELATED CASE ORDER
24                   Defendants.
                                         /
25
26  ////
```

2

1    The court has received the Notice of Related Cases concerning
2 the above-captioned cases filed April 12, 2005.  <u>See</u> Local Rule 83-
3 123, E.D. Cal. (1997).  The court has determined, however, that it
4 is inappropriate to relate or reassign the cases, and therefore
5 declines to do so.  This order is issued for informational purposes
6 only, and shall have no effect on the status of the cases,
7 including any previous Related (or Non-Related) Case Order of this
8 court.
9    IT IS SO ORDERED.
10    DATED:  April 26, 2005.


                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT